UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN LOMAX,<br><br>  Plaintiff<br><br>  v.<br><br>STATE OF NEVADA, et al.,<br><br>  Defendants | Case No. 2:25-cv-02038-JAD-MDC<br><br>**ORDER** |

On October 21, 2025, pro se plaintiff Nathan Lomax, an inmate in the custody of the Nevada Department of Corrections, attempted to initiate the above-captioned case and by submitting a civil-rights complaint by an inmate. *ECF No. 1-1*. There are several problems with plaintiffs' submission.  First, plaintiff's complaint includes one digit of a case number and purports to be a "second amended" complaint. *Id.* Plaintiff, however, has not previously file any complaints in the above, nor was a case number issued prior to plaintiff's submission of his complaint (ECF No. 1-1).  Second, plaintiff did not pay the full $405 filing fee for this matter or file an application to proceed in forma pauperis. (*See* ECF No. 1). The Court will grant Plaintiff an extension of time to correct this defect **by November 24, 2025**. Alternatively, if Plaintiff did not intend to initiate this lawsuit but, rather, intended to file his second amended complaint in a different lawsuit, then he must file a notice under Federal Rule of Civil Procedure (FRCP) 41(a)(1)(A)(i) voluntarily dismissing this action. Plaintiff is cautioned that he must clearly write the entire and correct case number on his documents to ensure they are properly filed. LR IA 10-2.

**I.  DISCUSSION**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which

includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until November 24, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

   (i) a completed application with the inmate's two signatures on page 3,

   (ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

   (iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Alternatively, if Plaintiff did not intend to initiate this lawsuit but to file his second amended complaint in a different action, then he must file a notice under FRCP 41(a)(1)(A)(i) voluntarily dismissing this action as filed in error, and he must file his complaint in the correct lawsuit and write the correct case number for that action on it.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: October 27, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE