UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN LOMAX,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Defendants | Case No. 2:25-cv-02038-JAD-MDC<br><br>**ORDER** |

　　This Court ordered pro se plaintiff Nathan Lomax to either pay the full $405 filing fee for a civil action or file an application to proceed *in forma pauperis* with all three required documents by November 24, 2025. (ECF No. 3). Plaintiff responded by filing a completed financial certificate and an inmate trust fund account statement for the previous six-month period. (ECF No. 4). But Plaintiff has not filed an application, which is pages 1–3 of the Court's approved form and requires the inmate's two signatures on page 3. The Court will retain Plaintiff's financial documents, and it gives him until **November 28, 2025**, to correct this deficiency.

**I.　CONCLUSION**

　　It is therefore ordered that Plaintiff has **until November 28, 2025**, to either pay the full $405 filing fee or complete his request for *in forma pauperis* status by filing an application with the inmate's two signatures on page 3.

　　Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

　　The Clerk of the Court is directed to resend Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

　　DATED: November 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier, III
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE